```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 18508
   MARIA L NIEVES
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2709

------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/09/2007 and was confirmed 11/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.08%.

     The case was dismissed after confirmation 02/12/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK   CURRENT MORTG         .00             .00            .00
WASHINGTON MUTUAL BANK   MORTGAGE ARRE         .00             .00            .00
WELLS FARGO MORTGAGE     CURRENT MORTG         .00             .00            .00
WELLS FARGO MORTGAGE     MORTGAGE ARRE         .00             .00            .00
GMAC                     SECURED VEHIC     2078.79             .00        1910.57
GMAC                     UNSECURED        NOT FILED            .00            .00
CAPITAL ONE              UNSECURED          787.88             .00            .00
COMMONWEALTH EDISON      UNSECURED          297.46             .00            .00
ECAST SETTLEMENT CORP    UNSECURED         1216.10             .00            .00
HSBC BANK NEVADA NA      UNSECURED        12957.43             .00            .00
ROGERS & HOLLAND         SECURED NOT I     2083.00             .00            .00
SEARS                    UNSECURED        NOT FILED            .00            .00
SHIBUI SOUTH CONDO ASSOC SECURED            720.21             .00         268.54
PORTFOLIO RECOVERY       UNSECURED          333.81             .00            .00
ER SOLUTIONS INC         UNSECURED          786.89             .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY            59.93             .00            .00
ILLINOIS DEPT OF REVENUE UNSECURED           40.80             .00            .00
KAREN WALIN              DEBTOR ATTY       2,394.00                        731.67
TOM VAUGHN               TRUSTEE                                           231.60
DEBTOR REFUND            REFUND                                                .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                   RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              3,142.38

PRIORITY                                     .00
SECURED                                 2,179.11
UNSECURED                                    .00
ADMINISTRATIVE                            731.67
TRUSTEE COMPENSATION                      231.60

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 18508 MARIA L NIEVES
```

```
DEBTOR REFUND                                                         .00
                                         ---------------    ---------------
TOTALS                                          3,142.38           3,142.38
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                     /s/ Tom Vaughn
   Dated: 03/11/09                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```